District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEMSEGHED MUSSIE TESFAMICAL,<br><br>Plaintiff,<br><br>v.<br><br>CHAD WOLF, *et al.*,<br><br>Defendants. | CASE NO. 20-cv-0042-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

**JOINT STIPULATION**

Plaintiff brings this litigation pursuant to the Mandamus Act, the Administrative Procedure Act, habeas corpus, the Freedom of Information Act ("FOIA") seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application and to respond to his FOIA request. Dkt. No. 1. Defendants have yet to answer the Complaint.

On February 5, 2020, USCIS sent out a Request for Evidence ("RFE") to Plaintiff. Plaintiff has until May 4, 2020 to respond. Plaintiff requires sufficient time to respond to the RFE, and USCIS requires sufficient time to review Plaintiff's response. In addition, USCIS's records indicate that it has responded to Plaintiff's FOIA request, but Plaintiff has not received the response. Accordingly, USCIS is in the process of obtaining

ORDER GRANTING JOINT STIPULATION AND
MOTION HOLDING CASE IN ABEYANCE
C20-0042 BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

additional information about the FOIA response. In order to perform these actions, the parties, through their counsel, jointly request that the Court hold this matter in abeyance for a period not to exceed 90 days. Immigration and Customs Enforcement, absent unforeseen circumstances, will not remove Plaintiff from the United States during the requested stay. The parties agree that this is an acceptable timeframe, and recognize the possibility that this process may moot Plaintiff's claims in their entirety.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report within 90 days after entry of the proposed Order.

SO STIPULATED.

DATED this 13th day of March, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

SO STIPULATED.

DATED this 13th day of March, 2020.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974

*s/ Chris Collado*
Chris Collado, WSBA No. 53998

ORDER GRANTING JOINT STIPULATION AND
MOTION HOLDING CASE IN ABEYANCE
C20-0042 BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
aaron@nwirp.org
chrisc@nwirp.org
*Attorneys for Plaintiff*

ORDER GRANTING JOINT STIPULATION AND
MOTION HOLDING CASE IN ABEYANCE
C20-0042 BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 90 days from the date of this Order, and the parties shall file a Joint Status Report with the Court on or before the conclusion of the 90-day period.

DATED this 13th day of March, 2020.

_____
DISTRICT JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT

ORDER GRANTING JOINT STIPULATION AND
MOTION HOLDING CASE IN ABEYANCE
C20-0042 BJR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970