District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEMSEGHED MUSSIE TESFAMICAL,<br>Plaintiff,<br>v.<br>CHAD WOLF, *et al.*,<br>Defendants. | CASE NO. 20-cv-0042-BJR<br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

The above-captioned action having been resolved, as U.S. Citizenship and Immigration Services approved Mr. Tesfamical's application to adjust his status to lawful permanent resident on May 28, 2020. All parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees or costs.

//

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 3rd day of June, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/ Matt Adams*
Matt Adams, WSBA No. 28287

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974

*s/ Chris Collado*
Chris Collado, WSBA No. 53998

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
aaron@nwirp.org
chrisc@nwirp.org
*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. The case is dismissed with prejudice, with each party to bear their own fees or costs.

SO ORDERED.

DATED this 5th day of June, 2020.

Barbara J Rothstein

DISTRICT JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970